**UNITED STATES of America,**
**Plaintiff-Appellee,**

**v.**

**Johnnie ANDERSON, Jr., and Mary Knowles Anderson, Defendants-Appellants.**

**No. 73–1899**
**Summary Calendar.**[*]

United States Court of Appeals, Fifth Circuit.

Oct. 10, 1973.

---

1. 8th Cir. R. 6(1).

2. 8th Cir. R. 9(a).

[*] Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 431 F.2d 409, Part I, (5th Cir. 1970).

Theodore Klein, Miami, Fla., Court appointed for defendants-appellants.

Robert W. Rust, U. S. Atty., Harold F. Keefe, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before THORNBERRY, GOLDBERG and RONEY, Circuit Judges.

PER CURIAM:

We affirm the conviction of these two defendants on various counts of knowing and intentional possession of heroin with intent to distribute.

■ (1) The flower bed outside the house was part of the residence described in the search warrant as 1209 Avenue Q, Apartment B, this being a duplex house with its own grounds and dissimilar to the hotel, store and apartment houses in the cases upon which appellants rely.

■ (2) Defendants were properly joined under Rule 8(b), Federal Rules of Criminal Procedure. Denial of a motion for severance was not an abuse of the discretion reposed in the trial court in such matters.

■ (3) Any possible error concerning the unobjected to, volunteered hearsay testimony was rendered harmless beyond a reasonable doubt in view of the total evidence produced at trial.

Affirmed.